IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 4:22-CR-40002-002 |
| ) | |
| LATRACE SHENAY CORNELIUS ) | |
| a/k/a "Latrace Shenay Nard" ) | |

**FINAL ORDER OF FORFEITURE**

On October 28, 2024, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 101). In the Preliminary Order of Forfeiture, United States Currency in the amount of $13,750.00; a DPMS Panther Arms model 'LR-308' .308 caliber semi-automatic rifle bearing Serial Number: FFK027634; a Feather Industries model 'AT-9' 9x19mm carbine bearing Serial Number A93707; and a Taurus model '856' .38 special caliber revolver bearing Serial Number ABL168095, was forfeited to the United States pursuant to Title 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On November 9, 2023, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. The deadline for filing claims was October 29, 2023. No third-party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly, it is hereby ORDERED, DECREED, AND ADJUDGED:

1

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on October 28, 2024, shall become final at this time.

IT IS SO ORDERED this 3rd day of April, 2025.

_____
HONORABLE SUSAN O. HICKEY
CHIEF UNITED STATES DISTRICT JUDGE